**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**KRISTOPHER MICHAEL ANSTISS**                                         **PLAINTIFF**

**v.**                            **Case No. 3:15-cv-00046-KGB-JTK**

**ALLISON HUCKABEE,** *et al.*                                         **DEFENDANTS**

<u>**ORDER**</u>

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 7).   There have been no objections filed, and the time for filing objections has passed.   After a review of those Proposed Findings and Recommendations, the Court adopts them in their entirety.

It is therefore ordered that:

1.      The Court dismisses without prejudice plaintiff Kristopher Michael Anstiss's complaint against defendants for failure to state a claim upon which relief may be granted.

2.      Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, pursuant to 28 U.S.C. § 1915(g).

3.      The Court certifies that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

SO ORDERED this 30th day of November, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE